

**MEMO ENDORSED**

Evan L. Lipton
*Partner*
Direct (212) 655-3517
Fax (212) 655-3535
ell@msf-law.com

June 30, 2021

Deft A. Rosner's request to modify the conditions of pretrial release to remove the condition requiring nighttime curfew is granted upon consent of the Gov't and Pretrial Services. Clerk of Court requested to terminate the Motion (doc. 274). Dated: June 30, 2021

**SO ORDERED:**

HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE

By ECF and email: RomanNYSDChambers@nysd.uscourts.gov
Hon. Nelson S. Roman
United States District Court Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re:  *United States v. Aron Rosner*, 19 Cr. 497 -03

Dear Judge Roman:

I write on behalf of Aron Rosner with the consent of the government (AUSA Sam Adelsberg) and Pretrial Services (Officer Leo Barrios), to respectfully request modification of Mr. Rosner's conditions of pretrial release to remove the condition requiring a nighttime curfew. If this modification is approved, all other conditions will remain in effect.

Specifically, the remaining conditions would be: (1) a fully secured $1 million personal recognizance bond; (2) GPS monitoring; (3) travel restricted to the Eastern and Southern Districts of New York, with travel permitted to Napanoch, New York in the Northern District of New York on notice to pretrial services; (4) surrender of the passports of Mr. Rosner and the family members with whom he resides; (5) restrictions on internet usage; (6) restrictions on telephone usage and consent to a pen register; and (7) prohibition from contacting any witness, co-defendant, alleged co-conspirator, or any person associated with Lev Tahor, except in the presence of counsel. (See ECF Docket No. 57, Amended Order Setting Conditions of Pretrial Release, 9/18/2019 and ECF Docket No. 69, authorizing travel to Napanoch, New York, 2/11/2020.)

Thank you for consideration of this request. I am available to provide any additional information the Court may require.

Respectfully yours,

MEISTER SEELIG & FEIN LLP

/s/ELL

By: Evan L. Lipton

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/30/2021

Cc: Government Counsel; Pretrial Services

125 Park Avenue, 7th Floor, New York, NY 10017  |  Phone (212) 655-3500  |  Fax (212) 655-3535  |  meisterseelig.com