UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

|  |  |
|---|---|
| USA, | **RESCHEDULING ORDER** |
| - against - | S3 19 CR 497-03 (NSR) |
| ARON ROSNER, | |
| Defendant(s). | |

-------------------------------------------------------x

NELSON S. ROMÁN, U.S.D.J.:

Defense counsel notified the Court of a scheduling conflict with the in-person Change of Plea scheduled for June 7, 2022, therefore, it is hereby

ORDERED **rescheduled, without objection by the Government, to June 9, 2022 at 2:00 pm.**

In light of the recent Coronavirus Disease 2019 ("COVID-19") pandemic affecting New York, and given the directives provided by the Chief Judge of the United States District Court for the Southern District of New York to limit in-person court appearances due to the risk presented by COVID-19, the Public may dial in to observe the proceeding, however, each individual must mute his/her/their phone during the proceeding.   To access the teleconference, please follow these directions: **(1) Dial the Meeting Number: (877) 336-1839; (2) Enter the Access Code: 1231334 #; (3) Press pound (#) to enter the teleconference as a guest**.

SO ORDERED.

Dated:      White Plains, New York
                 June 3, 2022

_____
Hon. Nelson S. Román, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __6/3/2022__