**MEMO ENDORSED**


Meister Seelig & Fein LLP

*Priya K. Pasricha*
*Associate*
Direct (646) 539-3732
Fax (212) 655-3535
pkp@msf-law.com

**VIA ECF**

August 17, 2022

Hon. Nelson S. Roman
United States District Court Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re: *United States v. Aron Rosner*, **19-CR-497** -03 (NSR)

Dear Judge Roman:

    We write on behalf of our client Aron Rosner to request an adjournment of his sentencing hearing currently scheduled on September 21, 2022. We have a trial starting on August 24, 2022 in the Eastern District of New York before Hon. Hector Gonzalez, and the Government anticipates that it may last up to eight weeks. We respectfully request the Court to schedule the sentencing hearing during the weeks of November 14, 2022 or November 21, 2022 at a specific date and time convenient to the Court.

    I have conferred with counsel for the government (AUSA Jamie Bagliebter), who does not oppose this adjournment and the newly requested date in November.

Respectfully submitted,

/S/PKP

Henry E. Mazurek
Priya K. Pasricha
*Counsel for Defendant Aron Rosner*

cc: Counsel of record (*via ECF* and *email*)

---

*Deft's request to adjourn the in-person Sentencing from Sept. 21, 2022 until Nov. 30, 2022 at 11:00 am is GRANTED without objection by the Gov't. Clerk of Court is requested to terminate the motion at ECF No. 723.*
*Dated: White Plains, NY*
*Aug. 26, 2022*

**SO ORDERED:**

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE


USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/26/2022

125 Park Avenue, 7th Floor, New York, NY 10017 | Phone (212) 655-3500 | Fax (212) 655-3535 | meisterseelig.com