**MEMO ENDORSED**


Meister Seelig & Fein LLP

*Henry E. Mazurek*
*Partner*
Direct (212) 655-3594
Fax (212) 655-3535
hem@msf-law.com

<u>**VIA ECF**</u>

November 11, 2022

Hon. Nelson S. Roman
United States District Court Judge
Southern District of New York
U.S. Courthouse
300 Quarropas Street
White Plains, NY 10601

Re: *United States v. Aron Rosner*, **19-CR-497** -03 (NSR)

Dear Judge Roman:

We write on behalf of our client Aron Rosner to request a thirty-day adjournment of his sentencing hearing, currently scheduled on November 30, 2022, due to a family emergency.

███████████████████████████████████████████████████████
███████████████████████████████████████████████████████
███████████████████████████████████████████████████████
███████████████████████████████████████████████████████

Therefore, we respectfully request an adjournment of his sentencing for approximately 30 days ████████████████████████████████████.

We have conferred with counsel for the government (by AUSA Jamie Bagliebter), and the government does not oppose this adjournment request.

Respectfully submitted,

/S/HEM
Henry E. Mazurek
Priya K. Pasricha
*Counsel for Defendant Aron Rosner*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __11/15/2022__

cc: Counsel of record (*via ECF* and *email*)



**Deft's request to adjourn the in-person Sentencing from Nov. 30, 2022 until Jan. 6, 2023 at 10:00 am is GRANTED without opposition by the Gov't. Clerk of Court is requested to terminate the motion at ECF No. 772.**
**Dated: White Plains, NY**
**Nov. 15, 2022**
SO ORDERED:
HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE

125 Park Avenue, 7th Floor, New York, NY 10017 | Phone (212) 655-3500 | Fax (212) 655-3535 | meisterseelig.com