USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/24/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

UNITED STATES OF AMERICA,

    -v-

ARON ROSNER,

              *Defendant.*

--------------------------------------------------------- X

S3 19 Cr. 497 (NSR) -03

**EXONERATION OF BOND ORDER**

Upon the oral motion of Henry E. Mazurek, Esq., counsel for defendant Aron Rosner, presented at defendant ARON ROSNER's sentencing hearing on January 6, 2023, and on consent of the Government, by Assistant United States Attorney James Ligtenberg:

**WHEREAS** Defendant Aron Rosner was sentenced to time served and one year of supervised release, with a special condition of 9 months of home detention, on January 6, 2023;

**WHEREAS** Defendant Aron Rosner has met with the Probation Office and commenced his one-year period of supervised release;

**IT IS HEREBY ORDERED** that the Defendant Aron Rosner's bail be exonerated, and all liens associated with Defendant Aron Rosner's bail be removed from the real property located at the following locations: (i) 9B Monsey Boulevard, Monsey, New York, (ii) 208 Hewes Street, Brooklyn, New York, (iii) 202 Keap Street, Brooklyn, New York, and (iv) 400 Olive Street, Bridgeport, Connecticut; and

**IT IS FURTHER ORDERED** that the co-signors' liability be exonerated for the personal recognizance portion of the bond, in the amount of $1,000,000 (One Million Dollars).

**SO ORDERED.**

Dated: January 24, 2023
       White Plains, New York

                                               Hon. Nelson S. Roman
                                               United States District Judge

**Clerk of Court is requested to terminate the motion at ECF No. 791.**